ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

PAUL CIRINO
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
paul.cirino@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HEAL THE BAY, INC. and SANTA MONICA BAYKEEPER, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GINA McCARTHY, Administrator, United States Environmental Protection Agency, et al.,<br><br>Defendants. | Case No. 4:98-cv-4825 SBA<br><br>**STIPULATION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**AND [PROPOSED] ORDER THEREON** |

　　　Plaintiffs Heal the Bay, Inc., Los Angeles Waterkeeper, Inc. (formerly known as Santa Monica Baykeeper, Inc.), Defendants United States Environmental Protection Agency, its Administrator, and the Regional Administrator of EPA Region 9, as well as Las Virgenes Municipal Water District – Triunfo Sanitation District, hereby stipulate and agree to request an Order pursuant to Local Civil Rule 3-12 to relate the above-captioned civil action with another case that was recently transferred to this district, *Las Virgenes Municipal Water District – Triunfo Sanitation District v. Gina McCarthy*, No. 4:14-cv-1392-PJH.

1  For the reasons set forth in the accompanying Administrative Motion to Consider
2 Whether Cases Should Be Related, the parties believe that the elements of Local Civil Rule 3-12
3 have been satisfied and that the *Las Virgenes* case and this case should be related.

| | |
|---|---|
| April 4, 2014 | /s/ Elizabeth Forsyth (with permission) |
| | Elizabeth B. Forsyth |
| | Michael E. Wall |
| | Natural Resources Defense Council |
| | 111 Sutter Street, 20th Floor |
| | San Francisco, CA 94104 |
| | Ph: (415) 875-6100/Fax: (415) 875-6161 |
| | Email: eforsyth@nrdc.org |
| | |
| | *Attorney for Los Angeles Waterkeeper and Heal the Bay, Inc* |
| | |
| April 4, 2014 | ROBERT G. DREHER |
| | Acting Assistant Attorney General |
| | Environment & Natural Resources Division |
| | |
| | /s/ *Paul Cirino* |
| | PAUL CIRINO |
| | Environmental Defense Section |
| | U.S. Department of Justice |
| | P.O. Box 7611 |
| | Washington, D.C.  20044 |
| | (202) 514-1542 |
| | (202) 514-8865 (facsimile) |
| | paul.cirino@usdoj.gov |
| | |
| | *Attorneys for Defendants Gina McCarthy and U.S. Environmental Protection Agency* |
| | |
| April 4, 2014 | /s/ *Wayne K. Lemieux* |
| | WAYNE K. LEMIEUX (SBN 43501) |
| | W. KEITH LEMIEUX (SBN 161850) |
| | 4165 E. Thousand Oaks Blvd, Suite 350 |
| | Westlake Village, California  91362-3852 |
| | Telephone: (805) 495-4770 |
| | Email: wayne@lemieux-oneill.com |
| | |
| | *Attorney for Las Virgenes Municipal Water District – Triunfo Sanitation District Joint Powers Authority* |

---

Stipulation re: Administrative Motion to
Consider Whether Cases Should Be Related                          2                          Case No. 4:98-cv-4825 SBA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: _____4/12/2014_____         _____
                                                UNITED STATES DISTRICT JUDGE