UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAS VIRGENES MUNICIPAL WATER DISTRICT - TRIUNFO SANITATION DISTRICT, a Joint Powers Authority,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1-10, inclusive,<br><br>Defendants,<br><br>LOS ANGELES WATERKEEPER, HEAL THE BAY, and NATURAL RESOURCES DEFENSE COUNCIL<br><br>Intervenors. | Case No:  C 14-1392 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties' Joint Case Management Conference Statement indicates that there is a dispute over whether discovery is appropriate in this action. Dkt. 48 at 4-5. They further state that after Defendant produces the administrative record for the 2013 Total Maximum Daily Load, Plaintiff will file a discovery motion. Given the dispute regarding whether discovery is necessary or appropriate in this action and the anticipated motion practice, coupled with the fact that no actual dates have been proposed by the parties, the Court finds that, in the interests of judicial economy and conserving the parties' resources, a brief continuance of the presently-scheduled Case Management Conference is appropriate. Accordingly,

IT IS HEREBY ORDERED THAT:

1.     The telephonic Case Management Conference currently scheduled for June 26, 2014 is CONTINUED to **October 1, 2014, at 2:30 p.m.**  At least seven (7) calendar

days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. The revised statement shall include proposed dates in accordance with Federal Rule of Civil Procedure 16(b)(3), where appropriate. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    2.    Plaintiff shall file its discovery motion by no later than August 26, 2014.

IT IS SO ORDERED.

Dated: June 26, 2014

                                             *Saundra B Armstrong*
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge