Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LAS VIRGENES MUNICIPAL WATER DIST., )
)  Case No: 4:14-cv-01392-SBA
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
GINA McCARTHY, et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Sarah C. Tallman, an active member in good standing of the bar of the Supreme Ct. of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: NRDC, Heal the Bay, L.A. Waterkeeper in the above-entitled action. My local co-counsel in this case is Michael E. Wall, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Natural Resources Defense Council, 20 N. Wacker Dr., Ste. 1600, Chicago, IL 60606 | Natural Resources Defense Council, 111 Sutter St., 20th Floor, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 663-9900 | (415) 875-6100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stallman@nrdc.org | mwall@nrdc.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6310294.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/01/14                                    /s/ Sarah C. Tallman
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah C. Tallman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/1/2014


UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                             *October 2012*