UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAS VIRGENES MUNICIPAL WATER DISTRICT - TRIUNFO SANITATION DISTRICT, a Joint Powers Authority,<br><br>Plaintiffs,<br><br>vs.<br><br>GINA McCARTHY, Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No:  C 14-1392 SBA<br><br>RELATED TO:<br>No. C 98-4825 SBA<br><br>**ORDER REGARDING "DISCOVERY LETTER"**<br><br>Dkt. 51 |

On July 22, 2014, Plaintiff filed a discovery letter with the Court in which it claims, among other things, that "[t]he scope of discovery has not been resolved." Dkt. 51. Though not entirely clear, Plaintiff appears to complain that Defendant has not yet produced the administrative record, which, in turn, is delaying its ability to file a discovery motion. The letter concludes: "[W]e ask for your prompt attention to the foregoing so a discovery motion can be filed under FRCP 26(b)(1)." Id.

There is no indication that the Plaintiff met and conferred with Defendant prior to submitting its letter, as required by the Court's Standing Orders. In addition, it is unclear what relief, if any, Plaintiff is requesting in its letter. To the extent that Plaintiff is seeking a court order compelling Defendant to take certain action, Plaintiff must, after first meeting and conferring with Defendant, file an appropriate motion consistent with the Civil Local Rules. See Civ. L.R. 7 (specifying types of motions and requests that may be filed). Docket 51 shall be terminated.

IT IS SO ORDERED.

Dated: August 6, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge