1

2

3

4

5                    UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                        OAKLAND DIVISION

8

| | |
|---|---|
| 9  HEAL THE BAY, INC. and SANTA<br>MONICA BAYKEEPER, INC., et al. | Case No:  C 98-4825 SBA |
| 10 | **ORDER SETTING BRIEFING**<br>**SCHEDULE** |
| Plaintiffs, | |
| 11 | |
| vs. | |
| 12 | |
| 13  GINA McCARTHY, Administrator, United<br>States Environmental Protection Agency, et<br>al., | |
| 14 | |
| Defendants. | |
| 15 | |
| 16  LAS VIRGENES MUNICIPAL WATER<br>DISTRICT - TRIUNFO SANITATION<br>17  DISTRICT, a Joint Powers Authority, | Case No:  C 14-1392 SBA |
| | **ORDER SETTING BRIEFING**<br>**SCHEDULE** |
| 18  Plaintiffs, | |
| 19  v. | |
| 20  GINA McCARTHY, Administrator of the<br>UNITED STATES ENVIRONMENTAL<br>21  PROTECTION AGENCY, and DOES 1-10,<br>inclusive, | |
| 22 | |
| 23  Defendants, | |
| 24 | |

25

26

27

28

The Court previously related the above-captioned actions, pursuant to Civil Local Rule 3-12.[1]  In accordance with the parties' agreement, the Court enters the following briefing schedule in Heal the Bay v. McCarthy, C 98-4825 SBA:

| | |
|---|---|
| 10/14/14: | Motion re subject matter jurisdiction due |
| 12/5/14: | Opposition due |
| 12/29/14: | Reply due |
| 1/27/15: | Motion hearing (1:00 p.m) |

The Court enters the following briefing schedule in Las Virgenes Municipal Water District v. McCarthy, C 14-1392 SBA:

| | |
|---|---|
| 4/7/15: | Dispositive motion re 2013 TMDL due |
| 5/19/15: | Opposition and Cross-Motion due |
| 6/2/15: | Combined Reply and Opposition to Cross-Motion |
| 6/9/15: | Reply in Support of Cross-Motion due |
| 7/7/15: | Motion hearing (1:00 p.m)[2] |

In the event Plaintiff fails to timely file its motion in Heal the Bay, the parties shall meet and confer regarding a revised briefing schedule in Las Virgenes Municipal Water District and submit and stipulation and proposed order, consistent with their agreement.

IT IS SO ORDERED.

Dated:  10-2-14

SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The parties are advised to include the notation "Related to: C-98-4825 SBA" on the caption of each filing in Las Virgenes Municipal Water District v. McCarthy, C 14-1392 SBA.

[2] Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion(s) without oral argument.  The parties are advised the check the Court's website to determine whether an appearance is required.