UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAS VIRGENES MUNICIPAL WATER DISTRICT-TRIUNFO SANITATION DISTRICT, a joint powers authority,<br><br>Plaintiff,<br><br>v.<br><br>GINA McCARTHY, Administrator of the United States ENVIRONMENTAL PROTECTION AGENCY, and DOES 1-10, inclusive,<br><br>Defendants,<br><br>LOS ANGELES WATERKEEPER, HEAL THE BAY, and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Intervenors. | Case No: C 14-01392 SBA<br><br>Related to<br>Case No: C 98-04825 SBA<br><br>**JUDGMENT** |

In accordance with and pursuant to the Court's Order on Cross-Motions for Summary Judgment,

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: 2/1/16

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge